granted as indicated in order. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL DAVIS v. NEW YORK FURNITURE EXCHANGE ASSOCIATION, INC., and Others.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LEWINE REALTY CORPORATION and Another v. REALTY ASSOCIATES, INC., and MAX NATANSON, Impleaded, etc.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN S. STUM v. RAY H. ARNOLD.— Motion granted on condition that appeal from order be argued or submitted on April 17, 1931, if possible, and not later than May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOHN A. STUM v. RAY H. ARNOLD.— Motion granted on condition that appeal from order be argued or submitted on April 17, 1931, if possible, and not later than May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion granted on condition that appeal from order be argued or submitted on April 17, 1931, if possible, and not later than May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

UNITED STATES RADIATOR CORPORATION v. G. W. WATTERSON, INC., and Others.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE CROFUT & KNAPP COMPANY v. CROFELT HAT COMPANY, INC.— Motion granted upon condition that defendant file a surety company bond satisfactory to plaintiff in the sum of $2,500, and that appeal from order be argued or submitted not later than May 1, 1931, unless plaintiff consent to an adjournment. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

RUDOLPH C. VON BAYER v. THE PRESS PUBLISHING COMPANY.— Motion granted, provided, however, that the trial of the action shall not be stayed. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CHARLES A. DELLALE and Another v. PAUL FITZSIMONS. CHARLES A. DELLALE and Another v. PAUL FITZSIMONS.— Motion granted on consent. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

EMILY GANSO v. EMIL GANSO.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM VEDOVATO, INC., v. THOMAS BORGIA and Another.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ESS BROTHERS HOLDING CORPORATION v. G. HILMER LUNDBECK and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

RUTH BERGER v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WOLF BOMZON v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are

identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MORRIS H. PETIGOR v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAUDE L. KAMBER v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ESTELLE BERGER v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., v. ROGERS SILVER PREMIUM BUREAU, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE SEVEN FIFTY-TWO MELROSE AVENUE AMUSEMENT CORPORATION v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Houghton Avenue. In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Olmstead Avenue. In the Matter of the Petition of CHARLES A. LENT and Others, etc.— Motion denied without prejudice to an application for the same relief at Special Term. (See *Campbell* v. *Friedlander*, 51 App. Div. 191.) Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JAY CARTON, Suing, etc., and Others v. RUBEL CORPORATION and Others, Impleaded with GARDNER PATTISON and Others.— Motion granted to the extent of extending the time of the defendants, appellants, in which to answer the supplemental complaint until five days after determination by this court of appeal, and also staying the trial of the action pending said determination of the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JAY CARTON, Suing, etc., and Others v. RUBEL CORPORATION and Others, Impleaded, etc.— Motion granted to the extent of extending the time of defendants, appellants, in which to answer the supplemental complaint until five days after determination by this court of appeal, and also staying the trial of the action pending said determination of the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.